UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH CROWELL,

        Plaintiff,                    Case No. 1:17-CV-603

v.                                     Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND
ADOPTING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action on July 12, 2018, recommending that the decision of the Commissioner be affirmed. The Report and Recommendation was duly served on the parties the same date. No objections have been filed pursuant to 28 U.S.C. § 636(b).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation, filed July 12, 2018 (ECF No. 16), is approved and adopted as the opinion of the Court.

        **IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed**.

        A separate judgment will enter.

        This case is **concluded**.

Dated: July 30, 2018                                 /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE